```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

INTERNATIONAL ASSOCIATION OF   :
MACHINISTS AND AEROSPACE
WORKERS                        :

     v.                        : Civil Action No. DKC 2004-2552

                               :
BONNIE WERNER-MATSUDA, et al.
                               :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of September, 2005, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motions to seal (papers 52 and 83) BE, and the same hereby ARE, GRANTED;

2. Plaintiff's motion for leave to file response to Defendant's objections (paper 96) BE, and the same hereby IS, GRANTED;

3. The objections of UIFA to Magistrate Judge Day's orders granting discovery sanctions and awarding costs (papers 94 and 100) BE, and the same hereby ARE, OVERRULED in part, GRANTED in part, and the ruling MODIFIED in part as stated in the Memorandum Opinion;

4. UIFA and its counsel are directed pay, within 10 days, to IAM the amount of $7,947.30 in sanctions for discovery violations;

    5.   The motion by McCormick Advisory Group to dismiss for lack of subject matter jurisdiction (paper 42) BE, and the same hereby IS, DENIED;

    5.   The motion by Defendants Werner-Masuda and the Union of Independent Flight Attendants to dismiss counts I and II of Plaintiff's complaint for failure to state a claim (paper 33) BE, and the same hereby IS, GRANTED;

    6.   Counts I and II BE, and the same hereby ARE, DISMISSED for failure to state a claim;

    7.   Counts III through VIII, the remaining state law claims, BE, and the same hereby ARE, DISMISSED without prejudice;

    8.   The remaining motions (papers 59, 79, and 82) BE, and the same hereby ARE, DENIED AS MOOT; and

    9.   The clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                        _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Judge